**Latrina D. THOMAS, Tutrix, on behalf of Ka'Dary Da'Shun Thomas, Plaintiff–Appellee,**

v.

**Scott NUGENT, individually and in his official capacity as police officer for the City of Winnfield, Defendant–Appellant.**

No. 12–30527.

United States Court of Appeals, Fifth Circuit.

July 1, 2014.

Carol Denise Powell–Lexing, Charles L. Kincade, Esq., Monroe, LA, for Plaintiff–Appellee.

Randall Brian Keiser, David Heath Trahan, Keiser Law Firm, Alexandria, LA, for Defendant–Appellant.

Before JOLLY, GARZA, and OWEN, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

Latrina D. Thomas brought suit on behalf of her minor son seeking damages for the death of her son's father, Baron Pikes. The district court denied Officer Scott Nugent's assertion of qualified immunity as to Thomas's excessive force claim. In an earlier opinion, we reversed the district court and remanded for dismissal of the claims against Nugent.[1]  On May 19, 2014, the Supreme Court vacated our earlier judgment and remanded the case [2] for consideration in light of *Tolan v. Cotton.*[3]

In light of the Supreme Court's decision in *Tolan,* we remand this case to the district court for further proceedings consistent with *Tolan.*

* * *

We REMAND to the district court for reconsideration.

\*  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**1.**  *Thomas v. Nugent,* 539 Fed.Appx. 456 (5th Cir.2013).

**2.**  *Thomas v. Nugent,* —— U.S. ——, 134 S.Ct. 2289, 189 L.Ed.2d 169 (2014).

**3.**  —— U.S. ——, 134 S.Ct. 1861, 188 L.Ed.2d 895 (2014) (per curiam).